IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDITH WISCH, INDIVIDUALLY AND AS NEXT FRIEND OF J.W., A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF TEXAS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  No. 3:16-cv-2422-D<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Joint Agreed Motion to Dismiss filed by Defendant Blue Cross Blue Shield of Texas. The Court, having considered the Motion, and having been informed that Plaintiff joins in and agrees to the Motion, finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice. All attorney's fees and costs of court are taxed against the party incurring same, unless otherwise agreed by the parties.

Signed this 13th day of October, 2017.

_____
David C. Godbey
United States District Judge

AGREED:

/s/ Jennifer W. Johnson
Jennifer W. Johnson
Attorney for Plaintiff



/s/ Andrew F. MacRae
Andrew F. MacRae
Attorney for Defendant